UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

    Plaintiff,                               Case No. 3:0030098-001

    v.

**Charles Roy,**

    Defendant,

========================================
**US Bank,**

    Garnishee.

### ORDER

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Garnishment in this cause be and the same is hereby DISMISSED, without prejudice.

Dated: March 31, 2012

                                                David R. Herndon
                                                2012.03.31
                                                14:59:47 -05'00'

                                                Chief Judge
                                                United States District Court