UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

    **Plaintiff,**                                        Case No. 3:0030098-001

    v.

**Charles Roy,**

    **Defendant,**

========================================

**Colonial Penn Life Insurance Company,**

    **Garnishee.**

## ORDER

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Garnishment in this cause be and the same is hereby DISMISSED, without prejudice.

**Dated: April 27, 2012**

Digitally signed by
David R. Herndon
Date: 2012.04.27
15:35:36 -05'00'

                                            **Chief Judge**
                                            **United States District Judge**